BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Oscar Arteaga

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR ARTEAGA,<br><br>　　　　Defendant. | No. CR 10-00800 RS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS APPEARANCE FROM DECEMBER 14, 2010 TO JANUARY 18, 2011 AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

**STIPULATION**

The parties are scheduled to appear before this Court on December 14, 2010 at 2:30 p.m. for a status appearance. At the time this matter was set, defense counsel was aware that she would be in trial but did not know that the trial day would extend until 4:30 p.m.; thus, she has learned that she is unavailable for the scheduled court appearance. Defense counsel anticipates being in trial on December 21, 2010 and out of the office on December 28, 2010 and January 4, 2010. In order to give the defense sufficient time to review the file and to meet with her client, who is in custody, in order to determine how the case will proceed, the defense requests that the matter be continued to January 18, 2011 at 2:30 p.m. The government has no objection to this continuance.

1  The parties also agree that the time between December 14, 2010 and January 18, 2011 should
2  be excluded under the Speedy Trial Act; the continuance is necessary for continuity of defense
3  counsel and effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the
4  ends of justice served by granting such a continuance outweigh the best interests of the public and
5  the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
6  SO STIPULATED:

7                                                          MELINDA HAAG
                                                           United States Attorney
8  DATED:  December 13, 2010                    /s/
9                                                          LOWELL POWELL
                                                           Special Assistant United States Attorney
10 DATED:  December 13, 2010                    /s/
11                                                         SHAWN HALBERT
                                                           Assistant Federal Public Defender
12

13                              **[PROPOSED] ORDER**

14    For the reasons stated above, the Court finds that the continuance of the next hearing before this
15 Court from December 14, 2010 to January 18, 2011 is warranted.  Further, the Court finds that an
16 exclusion of time under the Speedy Trial Act between  December 14, 2010 and January 18, 2011 is
17 appropriate because the failure to grant the requested continuance would deny the defendant
18 continuity of counsel and effective preparation of counsel; thus, the ends of justice served by the
19 continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
20 3161 (h)(7)(A), (h)(7)(B)(iv).
21 SO ORDERED.
22
23 DATED: 12/13/10
                                                           _____
24                                                         THE HONORABLE RICHARD SEEBORG
                                                           United States District Court
25
26

STIP. & ORDER
No. CR 10-00800 RS                          - 2 -